**STATE v. YOUNG**

[354 N.C. 213 (2001)]

STATE OF NORTH CAROLINA v. RICKY NEAL YOUNG

No. 454PA00

(Filed 5 October 2001)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 140 N.C. App. 1, 535 S.E.2d 380 (2000), reversing a judgment entered by Baker, J., on 18 December 1998, in Superior Court, Buncombe County. Heard in the Supreme Court 10 September 2001.

*Roy A. Cooper, Attorney General, by John J. Aldridge, III, Assistant Attorney General, for the State-appellant.*

*Michael E. Casterline, for defendant-appellee.*

*Forman Rossabi Black Marth Iddings & Slaughter, P.A., by Amiel J. Rossabi, and Seth H. Jaffe, counsel, on behalf of the American Civil Liberties Union of North Carolina Legal Foundation, Inc., amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.